# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** <br> **v.** <br><br> MARIA YESENIA RODRIGUEZ <br> DOB: xx/xx/1990 <br> United States Citizen | DOCKET NO. <br><br> MAGISTRATE'S CASE NO. <br> **14-05609M-** |

Complaint for violation of Title 18, United States Code, § 554.

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:** On or about January 1, 2014, at or near Lukeville in the District of Arizona, the defendant, Maria Yesenia RODRIGUEZ, knowingly attempted to export from the United States any merchandise, article, or object: to-wit: approximately 6,000 rounds of ammunition in assorted calibers, which is contrary to the laws and regulation of the United States, to wit: Title 22, United States Code, § 2778(b)(2) and (c), and Title 22, Code of Federal Regulations, Sections 121.1, 123.1, and 127.1(a), and attempted to export said ammunition, all in violation of Title 18, United States Code, §554(a).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 1, 2014, Maria Yesenia RODRIGUEZ attempted to depart the United States and enter the Republic of Mexico through the Lukeville, AZ Port of Entry. RODRIGUEZ was refused admission into Mexico by the Mexican Customs authorities and was therefore examined by US Customs and Border Protection officers as a southbound inspection. CBPO's referred RODRIGUEZ to the secondary inspection area. In the secondary inspection area RODRIGUEZ provided CBPO's with a negative oral Custom's declaration. An inspection of three (3) backpacks in the rear passenger compartment of RODRIGUEZ' vehicle revealed the presence of approximately 6000 rounds of ammunition of assorted calibers, all in their original packaging. RODRIGUEZ admitted to Special Agent Richard L DeWitt that she knew she was transporting ammunition. RODRIGUEZ also admitted to SA DeWitt that she was to have been paid $1000.00 USD for transporting the ammunition. RODRIGUEZ stated that she lied to the CBPO when she was asked to make a Customs declaration in regards to the ammunition in her car.

**MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:**
N/A

| DETENTION REQUESTED <br><br> Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. <br><br> REVIEWED by AUSA Shelley K.G. Clemens | SIGNATURE OF COMPLAINANT <br><br> OFFICIAL TITLE <br> SPECIAL AGENT SEAN MACANALLY |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE <br> January 2, 2014 |

---

[1] See Federal rules of Criminal Procedure Rules 3 and 54