# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**United States of America**

v.

**Maria Yesenia Rodriguez**

No. CR-14-00211-001-TUC-JAS (BPV)

**JUDGMENT AND COMMITMENT REVOCATION OF SUPERVISED RELEASE**

Steven Donald West (CJA)
Attorney for Defendant

USM#: 15545-408

On 1/4/2016 the defendant, present with counsel, appeared for sentencing for violating, Title 18, U.S.C. §554, Attempted Unlawful Exportation, Class C Felony offense, as charged in the Indictment.

The defendant was sentenced to a term of **TWELVE (12) MONTHS AND ONE DAY** imprisonment and upon release, **THREE (3) YEARS** of supervised release to follow.

On 10/25/2017 the term of supervised release was revoked and the defendant was committed to the custody of the Bureau of Prisons for a term of TIME SERVED and upon release, TWENTY-FOUR (24) MONTHS of supervised released to follow.

On 6/21/2018 the United States Probation Office filed a petition to revoke the term of supervised release.

On 8/6/2018 the defendant appeared with counsel and admitted allegation(s) A as reflected in the petition to revoke filed in this matter. The matter now comes on for disposition.

**IT IS ORDERED** that the term of supervised release imposed on 10/25/2017 is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a term of **THREE (3) MONTHS**, with credit for time served, with no term of supervised release to follow.

**IT IS FURTHER ORDERED** that all remaining allegation(s) are dismissed.

**IT IS FURTHER ORDERED** that any previously imposed fines, fees, or assessments are affirmed.

The defendant previously waived the right to appeal.

The Court orders commitment to the custody of the Bureau of Prisons and recommends that the defendant remain at the same facility for the remainder of her sentence.

Date of Imposition of Sentence: **Thursday, September 06, 2018**

    Dated this 6th day of September, 2018.

                                                    Honorable James A. Soto
                                                    United States District Judge